**Michael Jerome STEWART, Appellant**

v.

**Randy BELLOWS, The Honorable, Circuit Judge, Appellee.**

**No. 05–7127.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 3, 2006.

Rehearing En Banc Denied Dec. 22, 2006.

Michael Jerome Stewart, McLean, VA, for Appellant.

Before: GINSBURG, Chief Judge, and ROGERS and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed August 10, 2005,

be affirmed. The district court correctly determined that appellant's claims against a judge of the Fairfax County Circuit Court are barred by judicial immunity. *See Stump v. Sparkman,* 435 U.S. 349, 98 S.Ct. 1099, 55 L.Ed.2d 331 (1978).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.